# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| KEISHA HAMILTON, | : No. 15 EM 2019 |
| Respondent | : |
| v. | : |
| ANDRE E. HAMILTON, | : |
| Petitioner | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 29th day of March, 2019, the Application for Exercise of King's Bench Power or Extraordinary Jurisdiction is DENIED.